U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED    MAR 1 0 2025
CLERK

Jason Borne
13576 Lakeway Drive
Prairieville, Louisiana 70769

# Suit at Common-Law
## With Common-Law Jury Demand

Jason Borne

Versus

NewRez, LLC, Spencer Mosness,
and Baron Silverstein

CASE #: _____

## 1.   Parties and Capacity of

**Jason Borne**, the aggrieved bringing this suit at common-law, is of the people with private and inalienable rights, not bound by commercial, statutory, and/or legal authority.

**NewRez LLC**, the alleged causer of the grievance(s) named in this suit at common-law, is a juridical person, a corporate entity engaged in mortgage servicing and debt collection, being bound thereby to commercial, statutory, and/or legal authority.

**Spencer Mosness**, the alleged causer of the grievance(s) named in this suit at common-law, who is of the people with private and inalienable rights, who does serve in a leadership capacity within NewRez LLC, being bound by the office held to commercial, statutory, and/or legal authority.

**Baron Silverstein**, the alleged causer of the grievance(s) named in this suit at common-law, who is of the people with private and inalienable rights, who does serve in an executive role within NewRez LLC, being bound by the office held to commercial, statutory, and/or legal authority.

## 2. Introduction to Claim and Background

This Suit at Common-Law is brought against NewRez, LLC, Spencer Mosness, and Baron Silverstein (Respondents), which have collectively and unlawfully asserted enforcement rights over a property for which they have no valid standing, no verifiable chain of title, and no enforceable security interest.

Respondents, acting under the guise of a mortgage servicer, have issued threats of foreclosure without lawful proof of an interest in my property in violation of established lawful standards. Despite multiple demands for verification of standing, Respondents have failed to produce any properly endorsed promissory note, valid assignment, or lawful authority to act on behalf of a legitimate lienholder.

As the State of Louisiana does not subscribe to common law, a proper resolution cannot be brought about between the Respondents and me. As such, this claim is being brought to a common-law jury for a proper, purer, and unadulterated remedy.

## 3. Facts

1. I became aware that Respondents were attempting to collect on an alleged "debt" regarding my property without having standing or proof of beneficial interest therein.

2. On or about September 20, 2024, I received a purported "Certified Original" copy of a "note" from Respondents that contained no endorsements or certification of credentials.

3. Between October 5, 2024, and January 29, 2025, I sent to Respondents, via certified mail, multiple demands for proof of standing and/or their authority to act on behalf of a lawful noteholder.

4. To date, Respondents have offered no rebuttal to their lack of standing, nor have they offered any proof of standing granting their authority over my property.

5. On February 18, 2025, Respondents issued a formal Notice of Default, demanding payment and threatening acceleration and foreclosure. This notice was based on unverified claims, as no lawfully sufficient documentation had been produced to establish standing.

6. On or about March 5, 2025, I discovered that Respondents had reported negative credit information regarding an alleged debt to consumer reporting agencies. This reporting was made despite the Respondents' continued failure to provide any lawfully sufficient proof of standing, a properly endorsed promissory note, or a valid chain of title.

## 4.  Establishment of Allegations

Respondents have no lawful standing to enforce a security interest in the property located at 13576 Lakeway Drive, Prairieville, LA 70769.

Despite multiple demands for documentation, Respondents have failed to produce:

- A properly endorsed promissory note;
- A verifiable chain of title proving lawful interest;
- Any valid assignment or transfer of interest from a prior lender or servicer.

Instead, Respondents have falsely represented themselves as having enforcement rights, issuing demands for payment and threatening foreclosure actions despite lacking the lawful authority to do so. These actions constitute fraudulent misrepresentation, unlawful debt collection practices, and deceptive business practices.

Furthermore, the Respondents' continued refusal to substantiate their claim, despite clear challenges thereof, demonstrates a willful and deliberate effort to extract payments under false pretenses and intimidate me into compliance with an illegitimate claim.

Respondents are afforded no latitude with regard to the law and must be held liable for their violations thereof.

Accordingly, upon consideration of the facts, as set forth herein, the conduct of Respondents, under the standard of reasonable articulable suspicion, gives rise to the following triable allegations:

1. **Misrepresentation** – By falsely asserting the right to enforce a debt without lawful standing, thereby creating a deceptive and misleading representation of authority.

2. **Unlawful Debt Collection Practices** – By issuing demands for payment, foreclosure threats, and reporting an unverified claim.

3. **Fraudulent Credit Reporting** – By furnishing negative credit information without verifying a lawful obligation.

4. **Reckless Injury to Creditworthiness** – By reporting an unverified claim as a legitimate obligation.

5. **Deceptive Business Practices** – By engaging in misleading conduct, including the failure to substantiate claims when challenged, misrepresenting their authority, and improperly expanding their role beyond lawful limitations to create the false appearance of legitimacy.

6. **Wrongful Foreclosure Attempt** – By attempting to initiate foreclosure proceedings without holding a valid, enforceable interest in the property.

7. **Unjust Enrichment** – By seeking to obtain payments and financial gain through knowingly improper claims despite lacking any legitimate lawful basis.

8. **Breach of Duty of Care** – By failing to exercise due diligence in verifying their standing before attempting to collect a debt and enforce a security interest.

9. **Breach of Duty of Good Faith and Fair Dealing** – By willfully disregarding fair dealing obligations, engaging in bad faith conduct, and failing to act with transparency or honesty in their assertions of authority and enforcement efforts.

10. **Abuse of Authority** – By pursuing collection and enforcement efforts without a lawful claim, despite clear deficiencies in documentation.

11. **Attempted Extortion** – By threatening foreclosure as a means to extract payments without lawful justification, leveraging fear and coercion to achieve unlawful financial gain.

12. **Attempted Theft of Property** – By knowingly asserting an unfounded claim over my property, seeking to deprive me of ownership or equity without a valid lawful basis, and leveraging fraudulent and/or misleading information to justify such efforts.

## 5. Conclusion

Based on the facts and allegations set forth herein, it is alleged that Respondents are acting without lawful authority in their attempts to collect payments, enforce a security interest, and threaten foreclosure against me. Despite multiple demands for substantiating documentation, Respondents have failed to provide any sufficient proof of standing, a properly endorsed promissory note, or a valid chain of title — all of which are required to assert any legitimate claim against the property in question.

The Respondents' continued misrepresentation of their authority, coupled with their deliberate refusal to provide verification when challenged, constitutes fraud, among other things. Furthermore, their threats of foreclosure without lawful standing amount to an improper attempt to extort payment under false pretenses.

Their actions have caused unwarranted harm, financial and emotional distress, and undue hardship to me and my family by falsely asserting rights that they do not possess.

WHEREFORE, I seek remedy by way of a common-law jury pursuant to the 7th Amendment to the Bill of Rights.

## 6. Jury Demand

As the members of a common-law jury will respectively bear the cost of their decisions, they form the only body in this nation that can administer pure, blind, equal, and unadulterated justice.

WHEREFORE, demand is hereby made for this claim to be judged by a jury in accordance with the 7th Amendment to the Bill of Rights, and no waiver of a jury trial will be given by me or inferred by the court on my behalf from acquiescence, unconscionable acts, omissions, payment of fees, and the like.

## 7. Advisory of Non-Consent

From the Chief Judge all the way down to the court clerks, the United States District Court - Middle District of Louisiana has established, under the standard of reasonable articulable suspicion, a pattern of lawlessness, gross misconduct, deprivation of rights, and resistance to suits at common-law.

This egregious behavior by the officials in said Middle District of Louisiana begins with the clerk of court who, upon receipt of said suit, will present a CIVIL COMPLAINT form with a verbal directive to fill out said form.  As no other options are presented by the clerk, one is persuaded to fill out said CIVIL COMPLAINT form, thereby creating the perception of consent for classifying the suit at common-law as a Civil Action.

Subsequently, the suit — now reclassified as a Civil Action — is placed under administrative jurisdiction, where the court asserts its perceived authority to entertain pretrial magistrate reports and motions to dismiss, all of which rely upon the Federal Rules of Civil Procedure, statutory law, and related administrative provisions.

However, as the Federal Rules of Civil Procedure and statutes employed by administrative judges were not in effect at the time the 7th Amendment was adopted, they are not in line with our nation's history and are wholly inapplicable within suits at common-law. *(New York State Rifle & Pistol Association v. Bruen)*.

Furthermore, the 7th Amendment to the Bill of Rights guarantees the right of a jury trial in suits at common-law, and controlling authorities mandate that a jury must be presented with all the evidence in order to ***"find the facts."*** *(SEC V. Jarkesy; 7$\underline{^{th}}$ Amendment to the Bill of Rights)*.

As such, the entertainment of pretrial motions and Magistrate recommendations, and the granting thereof by any judge, would establish an impeachable offense and the triable allegation of treason for willingly aiding, supporting, defending, and employing a system of administrative procedures that circumvents the Bill of Rights and wars against the inalienable rights of the American people.

Accordingly, let it be known and understood that NO CONSENT is given by me for this suit being classified as a Civil Action, moved under administrative jurisdiction, assigned to a Magistrate Judge (or any other non-Article III official), and no inference by unconscionable act(s), omission(s), tacit agreement(s), or acquiescence will be deemed as justification for the court to overshadow my clear and unambiguous declaration of NO CONSENT.

It is clearly stated that this is a Suit at Common-Law with a common-law jury demand. As such, no motion(s) or report(s) based on civil procedures, statutes, or district court decisions will be acknowledged by me. Accordingly, any nonresponse thereto may in no way infer my acquiescence to said motion(s) or report(s), as it is not possible to acquiesce into terms that have no standing or jurisdiction and are wholly inapplicable with no lawful force and effect.

WHEREFORE, demand is made to assign this suit at common-law to an Article III judge who will, without undue delay, move the matter toward a trial to be held on the earliest possible day and time.

## 8. Damages Sought

Upon a finding that the allegations named herein are established as truth and facts, I am seeking the following recompense and damages:

- **$3,570,000.00** (three million, five hundred seventy thousand dollars), plus costs, in addition to any other damages, sanctions, and the like, that the jury may deem appropriate upon the finding of facts.

Any award of recompense and/or damages shall be joint and several among the respondents.

Signed this 10th day of March in the year of our Lord 2025.

_____
Jason Borne
13576 Lakeway Drive
Prairieville, Louisiana 70769

I hereby affirm that certified copies of the foregoing were sent to:

- **NewRez, LLC**
  P.O. Box 10826
  Greenville, SC 29603
- **Baron Silverstein**
  P.O. Box 10826
  Greenville, SC 29603
- **Spencer Mosness**
  P.O. Box 10826
  Greenville, SC 29603

_____
Jason Borne