# UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF LOUISIANA

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    JAN 27 2026

CLERK

---

Jason Borne

*v.*

NewRez, LLC et al

CASE #: 3:25-cv-00200

---

# NOTICE OF DISMISSAL

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff elects to discontinue this matter and dismiss this action without prejudice and without adjudication of any issue presented in the pleadings.

Respectfully submitted this 27th day of January, 2026.

Jason Borne
13576 Lakeway Drive
Prairieville, Louisiana 70769
225-405-2922