# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**JASON BORNE**                                       **CASE NO.  3:25-CV-00200**

**VERSUS**                                               **JUDGE TERRY A. DOUGHTY**

**NEWREZ, LLC, ET AL.**                         **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

Before the Court is a Voluntary Motion to Dismiss [Doc. No. 20] (styled "Notice of Dismissal") filed by *pro se* Plaintiff, Jason Borne, ("Plaintiff"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff's Motion is **GRANTED**, and that all claims asserted by Plaintiff against Defendants related to or arising out of the above-captioned litigation are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

MONROE, LOUISIANA, this 29th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE